UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                            Plaintiff,

                                                                                           DECISION AND ORDER

                                                                                           04-CR-6143L

                            v.

EDGARDO MEDERO,

                            Defendant.
_____

     Defendant's motion (Dkt. #297) to modify the conditions of release for the defendant is granted. The requirement that defendant post property at 249 Parkway, Rochester, New York is vacated and any lien filed against the property should be discharged.

     IT IS SO ORDERED.

                                                    _____
                                                        DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
       November 9, 2007.